STATE v. WARREN

No. 206P97

Case below: 96 N.C.App. 511

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 June 1997.

STATE v. ZAMORA

No. 182P97

Case below: 125 N.C.App. 748

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

STONE v. N.C. DEPT. OF LABOR

No. 81PA97

Case below: 125 N.C.App. 288

Petition by N.C. Department of Labor for discretionary review pursuant to G.S. 7A-31 allowed 5 June 1997.

TAYLOR v. NATIONSBANK CORP.

No. 161PA97

Case below: 125 N.C.App. 515

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 5 June 1997. Justice FRYE recused.

TELEFLEX INFORMATION SYSTEMS v. ARNOLD

No. 64P97

Case below: 124 N.C.App. 673

Petition by plaintiff (Teleflex) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 June 1997. Petition by plaintiff (Teleflex) for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.